## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DOMINGO GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-206 |
| | ) | |
| NORTH CHICAGO COMMUNITY | ) | |
| UNIT SCHOOL DISTRICT NO. 187 | ) | |
| | ) | |
| Defendant. | ) | |

### COMPLAINT

### COUNT I
### VIOLATION OF GARCIA'S CIVIL RIGHTS UNDER THE AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967, AS AMENDED

The Plaintiff, DOMINGO GARCIA (hereinafter referred to as "GARCIA"), and for his complaint against the Defendant NORTH CHICAGO COMMUNITY UNIT SCHOOL DISTRICT NO. 187 (hereinafter referred to as "DISTRICT 187") states:

1.     This action is brought for damages sustained by GARCIA by reason of DISTRICT 187's violation of GARCIA's civil rights under the Age Discrimination in Employment Act of 1967 28 USC 621 et. seq., as amended.

2.     GARCIA is a citizen of the United States, is a resident of the Northern District of Illinois and was born on November 23, 1942.

3.     DISTRICT 187 is a public school district located in North Chicago, Illinois which educates students from kindergarten through grade 12.

1

4.      At all times relevant hereto, DISTRICT 187 was an "employer" within the meaning of the ADEA.

5.      This Court has jurisdiction pursuant to 28 U.S.C. § 1343 and 1331 and 28 U.S.C. § 626 (c)(1).

6.      Venue is appropriate in this Court pursuant to 28 U.S.C. § 1391 since the complained of conduct occurred in this District.

7.      In August, 2007, GARCIA was hired by DISTRICT 187 to the position of Principal at North Elementary School.

8.      DISTRICT 187 employs eight Principals and two Assistant Principals in the district.  GARCIA is seventy (70) years old.

9.      Until the school year of 2011-2012, GARCIA received favorable performance reviews and accolades from the Superintendent of the school.

10.     With the beginning of the 2011-2012 school year, DISTRICT 187 hired Milton Thompson as its new Superintendent.

11.     At all times relevant hereto, it was the policy of DISTRICT 187 not to discriminate against an employee because of his or her age.

12.     At all times relevant hereto, DISTRICT 187 knew of GARCIA's age.

13.     Nevertheless, from the outset of the school year, Mr. Thompson began discriminating against GARCIA because of his age.

14.     Notwithstanding DISTRICT 187's policy and its knowledge of GARCIA's age, DISTRICT 187 engaged in a school wide policy of discriminating against employees

forty years of age and older employees that transcended to various positions at DISTRICT 187 including the position held by GARCIA.

15.     Based on the direction of DISTRICT 187, this school wide policy of discrimination was implemented by Mr. Thompson.

16.     On January 5, 2012, GARCIA was called to the Board of Education Office to meet with Mr. Thompson to discuss some long term issues concerning GARCIA's leadership at North Elementary School.

17.     At the meeting, Mr. Thompson said that GARCIA was not able to motivate the teaching staff at North Elementary School even though he had made some small steps in the school.

18.     GARCIA reminded Mr. Thompson that when he was being considered for the position as Superintendent, Dr. Douglas Parks had sent him to North Elementary School to meet with GARCIA and ask about the needs and challenges facing North Elementary School.

19.     At that time, GARCIA gave Mr. Thompson a copy of a letter from Christopher Koch, State Superintendent of Schools for the State of Illinois, in which he awarded North Elementary School with a recognition award for academic improvement in reading and math for the last three years. North Elementary School was the only school in Lake County to receive this recognition.

20.     GARCIA told Mr. Thompson that this recognition was no small step.

21.     Mr. Thompson replied "I do not know if I will be able to make sound decisions when I am in my sixties."

3

22.     Nevertheless, commencing with the school year of 2011-2012, DISTRICT 187 began discriminating against GARCIA because of his age.

23.     DISTRICT 187 discriminated against GARCIA on the basis of his age by, among other things:

a.     Demoting him on March 21, 2012 from the position of Principal to the position of Bilingual Teacher;

b.     Ordering GARCIA to have the credentials of a Bilingual Teacher by May 31, 2012 even though GARCIA could not take the test to receive those credentials until July, 2012.

24.     DISTRICT 187 has, therefore, discriminated against GARCIA because of his age in violation of his rights under the Age Discrimination in Employment Act of 1967 as amended 28 U.S.C. Section 621, et. seq.

25.     On or about April 4, 2012, GARCIA prepared and filed his charge with the Equal Employment Opportunity Commission.

26.     Due to the Equal Employment Opportunity Commission's failure to undertake any meaningful investigation and/or conciliation of GARCIA's charge, GARCIA requested that the Equal Employment Opportunity Commission issue him a right to sue letter.

27.     Pursuant to his request, on December 18, 2012, the EEOC issued GARCIA a right to sue letter. A true and correct copy of his notice of right to sue is attached hereto as **Exhibit A**.

28.    Less than ninety (90) days have expired since GARCIA's receipt of the notice of right to sue issued on December 18, 2012.

29.    DISTRICT 187's violation of GARCIA's rights under the Age Discrimination in Employment Act of 1967 as amended, has caused GARCIA pecuniary damages.

WHEREFORE, the Plaintiff, DOMINGO GARCIA requests that this Court enter judgment in his favor and against the Defendant, NORTH CHICAGO COMMUNITY UNIT SCHOOL DISTRICT 187 as follows:

i.    Enjoining DISTRICT 187 from engaging in such unlawful employment practices as alleged in this amended complaint;

ii.    That GARCIA be made whole as to all salary, benefits and seniority status that would have been accrued but for the civil rights violations committed by DISTRICT 187;

iii.    Awarding GARCIA compensatory damages in an amount to be determined at trial;

iv.    Awarding GARCIA attorney's fees pursuant to the ADEA and pre-judgment interest; and

v.    Awarding GARCIA such other relief as this Court may deem appropriate.

**THE PLAINTIFF DEMANDS TRIAL BY JURY.**

## COUNT II
## VIOLATION OF GARCIA'S CIVIL RIGHTS UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED BY THE CIVIL RIGHTS ACT OF 1991

The Plaintiff, DOMINGO GARCIA (hereinafter referred to as "GARCIA"), and for his complaint against the Defendant, NORTH CHICAGO COMMUNITY UNIT SCHOOL DISTRICT 187 (hereinafter referred to as "DISTRICT 187"), states:

1. This action is brought for damages sustained by GARCIA by reason of DISTRICT 187's violation of GARCIA's civil rights under 42 U.S.C. §1983, as amended by the Civil Rights Act of 1991.

2. GARCIA is a citizen of the United States, is a resident of the Northern District of Illinois and was born on November 23, 1942.

3. DISTRICT 187 is a public school district located in North Chicago, Illinois which educates students from kindergarten through grade 12.

4. At all times relevant hereto, DISTRICT 187 was an "employer" within the meaning of the Title VII.

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1343 and 1331.

6. Venue is appropriate in this Court pursuant to 28 U.S.C. § 1391 since the complained of conduct occurred in this District.

7. In August, 2007, GARCIA was hired by DISTRICT 187 to the position of Principal at North Elementary School.

8. DISTRICT 187 employs eight Principals and two Assistant Principals in the district.

9.    Until the school year of 2011-2012, GARCIA received favorable performance reviews and accolades from the Superintendent of the school.

10.    With the beginning of the 2011-2012 school year, DISTRICT 187 hired Milton Thompson as its new Superintendent.

11.    At all times relevant hereto, it was the policy of DISTRICT 187 not to discriminate against an employee because of his or her national origin.

12.    At all times relevant hereto, DISTRICT 187 knew of GARCIA's national origin.

13.    Nevertheless, from the outset of the school year, Mr. Thompson began discriminating against GARCIA because of his national origin.

14.    Notwithstanding DISTRICT 187's policy and its knowledge of GARCIA's national origin, commencing in or about September, 2011 and continuing into the 2011-2012 academic year, DISTRICT 187 discriminated against GARCIA on the basis of his national origin by, among other things:

a.    Notifying him on March 21, 2012 that he was being demoted from his position of Principal to the position of Bilingual Teacher for the upcoming 2012-2013 school year.

b.    Ordering GARCIA to have the necessary credentials for the position of Bilingual Teacher by May 31, 2012 even though GARCIA could not take the test to receive those credentials until July, 2012.

7

15.    DISTRICT 187 has, therefore, discriminated against GARCIA because of his national origin in violation of his rights under Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000 (e-2), (a) (1), as amended by the Civil Rights Act of 1991.

16.    On or about April 4, 2012, GARCIA prepared and filed his charge of discrimination with the Equal Employment Opportunity Commission pursuant to 42 U.S.C. Section 2000 (e-5) and the regulations issued thereunder.

17.    Due to the Equal Employment Opportunity Commission's failure to undertake any meaningful investigation and/or conciliation of GARCIA's charge, GARCIA requested that the Equal Employment Opportunity Commission issue him a right to sue letter.

18.    Pursuant to his request, on December 18, 2012, the EEOC issued GARCIA a right to sue letter.  A true and correct copy of this notice of right to sue is attached hereto as **Exhibit A.**

19.    Less than ninety (90) days have expired since GARCIA's receipt of the notice of right to sue issued on December 18, 2012.

20.    DISTRICT 187's violation of GARCIA's rights under Title VII Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, has caused GARCIA pecuniary damages.

WHEREFORE, the Plaintiff, DOMINGO GARCIA requests that this Court enter judgment in his favor and against the Defendant, NORTH CHICAGO COMMUNITY UNIT SCHOOL DISTRICT 187 as follows:

8

i. Enjoining DISTRICT 187 from engaging in such unlawful employment practices as alleged in this amended complaint;

ii. That GARCIA be made whole as to all salary, benefits and seniority status that would have been accrued but for the civil rights violations committed by DISTRICT 187;

iii. Awarding GARCIA compensatory damages in an amount to be determined at trial;

iv. Awarding GARCIA attorney's fees pursuant to 42 U.S.C. § 2000(e)-5(k) and pre-judgment interest; and

v. Awarding GARCIA such other relief as this Court may deem appropriate.

**THE PLAINTIFF DEMANDS TRIAL BY JURY.**

Respectfully Submitted,

Joel F. Handler (#1115812)
One East Wacker Drive, Suite 510
Chicago, Illinois 60601
(312) 832-0008
Attorney for the Plaintiff
DOMINGO GARCIA